**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RAFAEL MANTESSO,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:20-cv-00699

Judge Martha M. Pacold

Magistrate Judge Jeffrey Cummings

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 19 | citydiscount |
| 6 | Blanco |
| 4 | nebraska |
| 3 | gardengrove66 |
| 17 | Altamira |
| 18 | Baphuono |
| 30 | kent5200 |
| 16 | oakland |
| 11 | newjeresy |

| | |
|---|---|
| 12 | alabama |
| 7 | Toikis |
| 27 | costamesa |
| 8 | Aftonmoon |
| 5 | Anstruther |
| 9 | Barabar |
| 10 | connecticut |
| 14 | garonne2016 |
| 25 | Adilcevazmoon |
| 29 | idaho99 |
| 31 | lansing |
| 35 | tallahassee |

DATED: April 11, 2020

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 11, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt